UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-7412 DOC (MRW) | Date | February 1, 2021 |
| Title | Wilson v. Matteson | | |

| | |
|---|---|
| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
| Veronica Piper | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Petitioner: | Attorneys for Respondent: |
| n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE

    1.    The Attorney General moved to dismiss Petitioner's habeas action for failure to state a cognizable claim for relief. (Docket # 10.) The court ordered Petitioner to respond to the motion by January 6, 2021. (Docket # 12.) Petitioner failed to file any response.

    2.    Petitioner is ordered to show cause why the action should not be dismissed for failure to oppose the motion (Local Rule 7-12) and for failing to comply with a court order. Petitioner's response to the OSC <u>and</u> the substantive opposition to the motion are due by or before February 26.

**Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 7-12. <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**